UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-80097-EA

UNITED STATES OF AMERICA,

v.

CARMEN MERCEDES LINEBERGER,

Defendant.
_____/

## ORDER OF RECUSAL

The undersigned Magistrate Judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 21st day of May 2026.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE