AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Ulnited States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    9:26-cr-80097-EA |
| CARMEN MERCEDES LINEBERGER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CARMEN MERCEDES LINEBERGER

Date:     05/27/2026

*Scott N. Richardson*
*Attorney's signature*

SCOTT N. RICHARDSON FL 266515
*Printed name and bar number*

1401 Forum Way,Suite 720
West Palm Beach FL 33401

*Address*

snr@snr-law.com
*E-mail address*

(561) 471-9600
*Telephone number*

(561) 471-9655
*FAX number*