**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-80097 Artau/Matthewman**

**UNITED STATES OF AMERICA**

**v.**

**CARMEN MERCEDES LINEBERGER,**

      **Defendant.**
_____/

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), *Brady* and *Giglio*, the United States of America respectfully requests that the Court enter the attached proposed protective order regarding discovery in this case.  In support of this motion, the Government submits the following:

1.    On May 19, 2026, an indictment charging two counts of theft of government money or property, valued less than $1,000.00 (18 U.S.C. § 647); one count of destruction, alteration, or falsification of records in federal investigations (18 U.S.C. § 1519); and one count of concealment, removal, or mutilation of public records (18 U.S.C. § 2071(a)), was returned against the defendant.  (ECF No. 3).

2.      Pursuant to the United States Constitution, Federal Rule of Criminal Procedure 16, and the Court's Standing Discovery Order, the Government is obligated to provide certain discovery to the defendant.

3.      Federal Rule of Criminal Procedure 16(d)(1) permits the Court, for good cause, to "deny, restrict, or defer discovery or inspection, or grant other appropriate relief."

4.      Based upon the nature of the charges, the Government's discovery materials include emails to and from the defendant's government email account that include personally identifiable information (e.g., date of birth, social security number, and financial information) in the form of personal documents, to include, but not limited to, tax returns, documents from the defendant's B&B business, medical documents, and passports belonging to the defendant and her husband, who is not a party in this matter.  The material also includes information related to criminal cases where the defendant was counsel of record or oversaw in her capacity as the Managing Assistant United States Attorney in the Fort Pierce office, to include information obtained while employed by the Department of Justice (DOJ) that is specific to case, personnel, office, and DOJ management.

5.      Pursuant to its discovery obligations, the Government seeks to disclose to defense counsel or make available for copying and inspection

the documents and records described above. Redaction of these documents is not feasible because of the volume of documents and records, the current electronic format of some of the records, and the fact that redacting some of these documents and records would potentially render them worthless to preparing the defense case.

6.     The undersigned has spoken with and provided a copy of the proposed protective motion and order to counsel for the defendant. Counsel does not object to the entry of the proposed protective order.

Accordingly, the United States respectfully requests that the Court enter the attached protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1).

Respectfully submitted,

TODD BLANCHE
Acting United States Attorney General

JOHN P. HEEKIN
UNITED STATES ATTORNEY
Northern District of Florida

By:  s/ *Christie S. Utt*
     CHRISTIE S. UTT
     Special Attorney to the United States Attorney
     Acting Under Authority Conferred by 28 U.S.C. § 515
     300 E. University Avenue, Suite 310

3

Gainesville, FL   32601
Tel: (352)378-7365
Email: Christie.Utt@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Christie S. Utt*
CHRISTIE S. UTT
Special Attorney to the United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515