**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-80097 Artau/Matthewman**

**UNITED STATES OF AMERICA**

**v.**

**CARMEN MERCEDES LINEBERGER,**

**Defendant.**
_____/

**PROTECTIVE ORDER CONCERNING DISCLOSURE OF
RULE 16 DISCOVERY INFORMATION**

This Court has considered, without hearing, the Government's Unopposed Motion for Protective Order concerning disclosure of Rule 16 discovery information. (ECF No. 15). The motion is **GRANTED** as follows:

1.      To aid in the exchange of discovery in this case, the Government is permitted to provide unredacted copies of its discovery material, to include emails to and from the defendant's government email account, which include personally identifiable information (e.g., date of birth, social security number, and financial information) in the form of personal documents, to include, but not limited to, tax returns, documents from the defendant's B&B business, medical documents, and passports belonging to the defendant and her husband, who is not a party in this matter.  The material also includes

1

information related to criminal cases where the defendant was counsel of record or oversaw in her capacity as the Managing Assistant United States Attorney in the Fort Pierce office, to include information obtained while employed by the Department of Justice (DOJ) that is specific to case, personnel, office and DOJ management.

2.     Defense counsel may not provide copies of said materials to any persons outside of his/her office except for any defense experts who are retained and/or consulted on this case (with further order that such experts are prohibited from disseminating said discovery materials outside his/her office, and upon conclusion of this case, all discovery materials must be returned to defense counsel's office).

3.     In the event it is necessary for defense counsel to provide copies of the materials to the defendant for an in-person review, counsel may do so; however, prior to doing so, defense counsel must redact the personal identifying information (including names, social security numbers, dates of birth, addresses, banking information, medical information, and other personally identifiable information) of any individuals, other than personal records related to the defendant and her husband and the defendant's DOJ personnel records, and any information related to the defendant's

representation of the DOJ as a MAUSA within the Southern District of Florida, to include information obtained while she was employed by the DOJ that is specific to case, personnel, office and DOJ management.  Defendant shall not be given any material subject to this protective order, other than her DOJ personnel and personal records related to herself and her husband, to retain, copy, or possess after the in-person review concludes.

SO ORDERED on July  2, 2026.

_____
ED ARTAU
United States District Judge